UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 03 1999

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MCKENZIE ENERGY CORP., U.S. | § | CASE NO. 95-47219-H2-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| LAPLATA PIPELINE COMPANY | § | CASE NO. 95-47220-H2-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| HARVEN MICHAEL MCKENZIE | § | CASE NO. 95-48397-H2-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| TIMOTHY STEWART MCKENZIE | § | CASE NO. 95-48474-H4-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| STEVEN DARRYL MCKENZIE | § | CASE NO. 95-50153-H1-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| | § | Jointly Administered Under |
| | § | CASE NO. 95-47219-H2-7 |

## ORDER AUTHORIZING SUBSTITUTION OF COUNSEL

Upon the Motion of W. Steve Smith, Trustee of the estate of the above-named Debtor, (the "Trustee") praying for authority to substitute the Law Firm of W. Steve Smith, P.C. (the "Law Firm") and to designate Blanche A. Duett to act as lead counsel to represent Applicant as Trustee (the "Application"), and it appearing from the Application and the Affidavit of the Law Firm that the members of the Law Firm are attorneys duly admitted to practice in this Court, and that the Law Firm represents no interest adverse to the Trustee, the above-named jointly administered Debtors or their estates, in the matters upon which it is to be engaged, that its

168

employment is necessary and would be in the best interest of the estate and that the case is one that requires retention of counsel; it is

ORDERED that W. Steve Smith, Trustee is authorized to employ the Law Firm of W. Steve Smith, P.C., with Blanche A. Duett to act as lead counsel, to succeed in the representation of him as Trustee in this case effective March 22, 1999, to perform the legal services heretofore authorized by his predecessor law firm, Floyd, Smith, Rios & Wahrlich, P.C., by way of previous Orders of this Court, to substitute into all adversary proceedings, contested matters and ongoing litigation and to perform all such other legal services required; it is further

ORDERED that the Law Firm shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee; it is further,

ORDERED that should W. Steve Smith, Trustee desire for the Law Firm to perform any additional professional services other than those authorized herein, or should Applicant desire to appoint additional counsel to perform legal services, leave is hereby granted for Applicant to file such other applications or supplemental applications as may be necessary.

DATED this the ___30___ day of ___April___, 1999.

UNITED STATES BANKRUPTCY JUDGE

ClibPDF - www.fastio.com