IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas
FILED
MAR 26 2001
Michael N. Milby, Clerk

| | | |
|---|---|---|
| In re : MCKENZIE ENERGY CORP. | § | Case Number: 95-47219-H5-7 |
| | | **JOINTLY ADM. CASES** |
| | § | |
| | § | |
| NOTICE OF HEARING | | |

United States Courts
Southern District of Texas
FILED
MAR 23 2001
Michael N. Milby, Clerk of Court

Please take notice that a hearing has been set for **APRIL 09, 2001**, at **03:00 P.M.**, in courtroom 10-A, 10th floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002, to consider the following:

#211 TRUSTEE'S MOTION FOR JUDGMENT AGAINST FRANCES MCKENZIE

**TO THE MOVANT:**   Pursuant BLR 2002, "Movant shall serve notice of this hearing to all parties-in-interest." Notices to be served by movant within **24 hours** from receipt of this notice from the Clerk's office. See Judge Karen K. Brown's Standing Order signed 12/5/90. **(STANDING ORDER ATTACHED)**

Dated: 3/26/01

Michael N. Milby, Clerk
BY: /M Kadlubowski/
Deputy Clerk

224

```
                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF TEXAS
                                                  ENTERED

                                              DEC - 5 1990
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

Jesse E. Clark, Clerk
By Deputy: Joyce Greenhaw

| | | |
|---|---|---|
| ORDER OF <br> JUDGE KAREN K. BROWN | * <br> * <br> * | General Order No. 90-43 |
| RE: NOTICE OF HEARING | * <br> * | |

### ORDER

Movant shall notice under BLR 2002 all parties-in-interest of the hearing within 24 hours of receipt of hearing notice from the Clerk's Office. Movant shall also file a certificate of service within 24 hours of receiving notice of the hearing from the Clerk. This Order will be enforced by sanctions where appropriate.

SIGNED this 5th day of Dec., 1990 at Houston, Texas.

_____
KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

ClibPDF - www.fastio.com