IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCKENZIE ENERGY CORP., U.S. | § | CASE NO. 95-47219-H5-7 |
| LAPLATA PIPELINE COMPANY | § | CASE NO. 95-47220-H2-7 |
| HARVEN MICHAEL MCKENZIE | § | CASE NO. 95-48397-H2-7 |
| TIMOTHY STEWART MCKENZIE | § | CASE NO. 95-48474-H4-7 |
| STEVEN DARRYL MCKENZIE | § | CASE NO. 95-50153-H1-7 |
| | § | |
| | § | Jointly Administered Under |
| | § | Case No. 95-47219-H5-7 |
| Debtors | § | |

## MOTION TO PAY FUNDS INTO THE REGISTRY
## UNDER 11 U.S.C. §347 (a)

The undersigned trustee reports that:

More than ninety (90) days have passed since the final distribution of partnership interest payments, and the monies payable to the partners listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned trustee requests authorization to pay unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 or Title 28 (28 U.S.C., 2041, *et seq.*).

Dated: December 2, 2008.

                                                                     */s/  W. Steve Smith*
                                                                  W. Steve Smith, Trustee
                                                                  1250 Four Houston Center
                                                                  1331 Lamar Street
                                                                  Houston, Texas 77010-3027
                                                                  (713) 590-9300 – Telephone
                                                                  (713) 590-9399 - Facsimile

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCKENZIE ENERGY CORP., U.S. | § | CASE NO. 95-47219-H5-7 |
| LAPLATA PIPELINE COMPANY | § | CASE NO. 95-47220-H2-7 |
| HARVEN MICHAEL MCKENZIE | § | CASE NO. 95-48397-H2-7 |
| TIMOTHY STEWART MCKENZIE | § | CASE NO. 95-48474-H4-7 |
| STEVEN DARRYL MCKENZIE | § | CASE NO. 95-50153-H1-7 |
| | § | |
| | § | Jointly Administered Under |
| | § | Case No. 95-47219-H5-7 |
| Debtors | § | |

RE:

   ____   Small Dividends

   _X_   Unclaimed Distributions

| **Name (Addresses Unknown)** | **Amount** |
|---|---|
| Estate of Yvonne C. Egan | $19,615.63 |
| Anne P. Hutton | $19,579.74 |
| William F. Moon | $19,654.49 |
| Patricia F. McGeorge | $23,795.77 |
| William P. and Patricia H. Schneider, Trustees | $30,567.23 |
| Robert M. and Cynthia R. Tallant | $24,408.74 |
| Rosemary Jane Boyd | $36,633.03 |
| Robert H. Ammerman, Jr. | $24,495.36 |
| Richard J. Doherty | $19,561.80 |
| Dr. William L. Van Pelt | $19,859.32 |
| Desassure M. Tevino | $61,103.53 |
| John P. Gaylord | $16,779.26 |
| TOTAL | $316,053.90 |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Motion to Pay Funds into the Registry* has been sent to the U.S. Trustee, 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 via First Class U.S. Mail, postage pre-paid and/or electronic mail on this the 2nd day of December, 2008.

      By*:*   */s/ W. Steve Smith*
            W. Steve Smith, Trustee