IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/02/2008

| | | |
|---|---|---|
| IN RE: | § § | |
| MCKENZIE ENERGY CORP., U.S. | § | CASE NO. 95-47219-H5-7 |
| LAPLATA PIPELINE COMPANY | § | CASE NO. 95-47220-H2-7 |
| HARVEN MICHAEL MCKENZIE | § | CASE NO. 95-48397-H2-7 |
| TIMOTHY STEWART MCKENZIE | § | CASE NO. 95-48474-H4-7 |
| STEVEN DARRYL MCKENZIE | § § | CASE NO. 95-50153-H1-7 |
| | § § | Jointly Administered Under Case No. 95-47219-H5-7 |
| Debtors | § | |

## ORDER TO PAY FUNDS INTO THE REGISTRY

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Registry Under 11 U.S.C. § 347(a), and/or Federal Rule of Bankruptcy Procedures 3010, and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore

ORDERED that W. Steve Smith, Trustee, is authorized to deposit unclaimed funds and/or small dividends in the amount of $316,053.90 (as itemized on said Exhibit "A") now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

THIS ORDER is signed for the Court by the Clerk under authority of 23 USC § 956 and General Order 2000-3.

SIGNED this the 2nd day of December, 2008.

MICHAEL N. MILBY, CLERK

_____
DEPUTY CLERK

## EXHIBIT "A"

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCKENZIE ENERGY CORP., U.S. | § | CASE NO. 95-47219-H5-7 |
| LAPLATA PIPELINE COMPANY | § | CASE NO. 95-47220-H2-7 |
| HARVEN MICHAEL MCKENZIE | § | CASE NO. 95-48397-H2-7 |
| TIMOTHY STEWART MCKENZIE | § | CASE NO. 95-48474-H4-7 |
| STEVEN DARRYL MCKENZIE | § | CASE NO. 95-50153-H1-7 |
| | § | |
| | § | Jointly Administered Under |
| | § | Case No. 95-47219-H5-7 |
| Debtors | § | |

RE:

____ Small Dividends

  X   Unclaimed Distributions

| Name (Addresses Unknown) | Amount |
|---|---|
| Estate of Yvonne C. Egan | $19,615.63 |
| Anne P. Hutton | $19,579.74 |
| William F. Moon | $19,654.49 |
| Patricia F. McGeorge | $23,795.77 |
| William P. and Patricia H. Schneider, Trustees | $30,567.23 |
| Robert M. and Cynthia R. Tallant | $24,408.74 |
| Rosemary Jane Boyd | $36,633.03 |
| Robert H. Ammerman, Jr. | $24,495.36 |
| Richard J. Doherty | $19,561.80 |
| Dr. William L. Van Pelt | $19,859.32 |
| Desassure M. Tevino | $61,103.53 |
| John P. Gaylord | $16,779.26 |
| TOTAL | $316,053.90 |