UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: §  Case No. 95-47219
§
McKenzie Energy Corp US §
§
§
Debtor(s). §

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 0 2 2009

MICHAEL N. MILBY, CLERK OF COURT

**Application for Payment of Unclaimed Funds and
Certificate of Service**

1. I am making application to receive $23,795.77_____, which was deposited as unclaimed funds on behalf of __Patricia F. McGeorge_____
*(name of original creditor/debtor).*

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following *(check the statement(s) that apply)*:

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☒ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3.     I understand that pursuant to 18 U.S.C. §152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: Feb. 27, 09

Applicants Signature: _____
Applicants Name: Michael Sullivan
                    Sierra Funds Recovery, Inc.
Address         10123 Main Place, Ste. B
                    Bothell WA  98011
Phone:          (425) 489.2669

Subscribed and sworn before me this 27th day of February 2009.

_____
Notary Public
State of __Washington__
My commission expires __11-7-12__

Attachments:
1. Exhibit A: Original Limited Power of Attorney (Authority to Act)
2. Exhibit B: History of Creditor
3. Exhibit C: Affidavit of Claimant
4. Exhibit D: Claims register entry
5. Exhibit E: Correspondence addressed to creditor
6. Exhibit F: Death Certificate (certified)
7. Exhibit G: Letter of Appointment (certified)
8. Exhibit H: Photo Identification of signatory (personal data obscured for privacy reasons)

### Certificate of Service

I certify that on __Feb. 27, 09__ (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX  77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX  77002

Other: _____