United States Courts
Southern District of Texas
FILED

APR 13 2009

UNITED STATES BANKRUPTCY COURT     Michael N. Milby, Clerk of Court
SOUTHERN DISTRICT OF TEXAS

In Re:  MCKENZIE ENERGY    §    Case No. 95-47219-H5-7
CORP, U.S et. al.          §
         Debtor(s).        §
                           §

## Application for Payment of Unclaimed Funds
## and Certificate of Service

1. I am making application to receive $ 19,654.49 which was deposited as unclaimed funds on behalf of WILLIAM F. MOON
(name of original creditor/debtor).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (check the statement(s) that apply):

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☑ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☑ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because: Although creditor's original address was not listed by Trustee, his address is listed on page 249 of Master Mailing list of related case 95-48474 -- see attached.

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 4-7-09     Applicant's Signature _____
                  Applicant's Name  A/ Melone for ASSET RECOVERY TRUST
                  Address  P.O. Box 4296
                           COSTA MESA, CA 92628
                  Phone:  (714) 546-8100

Subscribed and sworn before me this 7th day of April 2009.

Notary Public
State of Ca
My commission expires 08/13/2010

Attachments: 1. _____
             2. _____
             3. _____
             4. _____

## Certificate of Service

I certify that on 4-8-09 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX  77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX  77002

Other: _____

| | | |
|---|---|---|
| RT. 2 BOX 419<br>WEST BLOCTON, AL 35184 | COUNTRY CLUB HILLS<br>CAMP HILLS, PA 17011-1604 | LAKE CHARLES, LA 70601-5653 |
| WILLIAM EMMETT BAUCUM<br>211 CAYCE LANE<br>COLUMBIA, TN 38401-5609 | WILLIAM F. BARRETT<br>P. O. BOX 611<br>VALLEY MILLS, TX 76689-0611 | WILLIAM F. BUCKLEY, JR.<br>C/O NATIONAL REVIEW<br>150 EAST 36TH STREET<br>NEW YORK, NY 10016-3504 |
| WILLIAM F. DUNCAN<br>2121 NAN TUCKET<br>HOUSTON, TX 77057-2905 | **(WILLIAM F. MOON<br>107 EAST ALEXANDER<br>BUCHANAN, MI 49107-1519)** | WILLIAM FRANK BELL<br>7514 PINE HOLLOW<br>HUMBLE, TX 77396-4517 |
| WILLIAM G. BELL, JR.<br>4376 LAKE BREEZE<br>STONE MOUNTAIN, GA 30083-5034 | WILLIAM G. MILLER<br>3809 INVERNESS CLIFFS<br>BIRMINGHAM, AL 35242-3750 | WILLIAM G. OEHMIG III &<br>AMY L. OEHMIG<br>1416 WINDING WAY<br>CHATTANOOGA, TN 37405-2425 |
| WILLIAM H. BAKER<br>P.O. BOX 530071<br>ORLANDO, FL 32853-0071 | WILLIAM H. BARBOUR<br>P.O. BOX 960<br>YAZOO CITY, MS 39194-0960 | WILLIAM H. CROCKER NICODEMUS<br>& SHERWOOD, INC.<br>1527 FRANKLIN AVE.,Ste.200<br>MINEOLA, NY 11501-4805 |
| WILLIAM H. DANFORTH, JR.<br>6 BEACON STREET<br>BOSTON, MA 02108-3808 | WILLIAM H. FLEISHER, JR.<br>BOX 192<br>DAVENPORT, WA 99122-0192 | WILLIAM H. GARRETT<br>511 EAST MAIN STREET<br>HAYNESVILLE, LA 71038 |
| WILLIAM H. JOYNER, JR.<br>1952 SOUTH CHURCHILL DRIVE<br>WILMINGTON, NC 28403-5306 | WILLIAM H. SHORT, JR.<br>600 PUTTING GREEN LANE<br>LONGBOAT KEY, FL 34228-3524 | WILLIAM H. WYATT AND<br>JOAN WYATT<br>ROUTE 6, BOX 284<br>TUSCALOOSA, AL 35405 |
| WILLIAM HARGISS, ATTY AT LAW<br>918 JACKSON STREET<br>MONROE, LA 71201-8424 | WILLIAM HENRY EVANS<br>618 MAGNOLIA<br>JENNINGS, LA 70546-3816 | WILLIAM HENRY EVANS<br>P.O. BOX 1164<br>JENNINGS, LA 70546-1164 |
| WILLIAM HENRY EVANS TRUST<br>P.O. BOX 845<br>JENNINGS, LA 70546-0845 | WILLIAM J. CAFFERY<br>4 PRITCHARD LANE<br>WESTPORT, CT 06880-5633 | WILLIAM J. SHAMBLIN<br>516 10TH ST., EAST<br>TUSCALOOSA, AL 35404 |
| WILLIAM J. SHAMBLIN MD AND<br>MARTHA WOOD SHAMBLIN<br>516 10TH STREET EAST<br>TUSCALOOSA, AL 35404 | WILLIAM K. CARAWAY<br>ROUTE 1 BOX 85<br>ROANOKE, LA 70581 | WILLIAM K. DANIEL<br>2302 BROOKHOLLOW<br>WICHITA FALLS, TX 76308-2206 |
| WILLIAM K. OR JANET SPILLERS<br>5610 W. VISTAGLEN LOOP | WILLIAM KEITH OR JANET SPILLER<br>5310 W. VISTAGLEN LOOP | WILLIAM KENNETH SHOFNER<br>504 AVENUE F |

## LIMITED POWER OF ATTORNEY/ DECLARATION

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of **$19,654.49** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**I do hereby declare that my name is WILLIAM F. MOON, that I moved from 107 East Alexander St., Buchanan, MI 49107 many years ago, that I am currently located at 2934 White Oaks Lane, Buchanan, MI 49107, that my phone number is 269-695-3557, that I am a rightful creditor of McKenzie Energy Corp., Case 95-47219 KB (or one of its sister cases,) and that I am entitled to this unclaimed dividend.**

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED 2/27/09             SIGNED _William F. Moon_

                          NAME   WILLIAM F. MOON

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27 DAY OF Feb., 2009,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

                          _Patty Jo Carnes_
                          NOTARY PUBLIC IN AND FOR

[SEAL]                    The State of Michigan

                          My Commission expires on 3/9/13

Cop

11-58-1500-0047-01-2    201
9940-0021-60-3

## LEASE

IT IS HEREBY AGREED between:

    First Party      - WILLIAM F. MOON and CONSUELA R. MOON, Husband and Wife, 310 W. Front Street, Buchanan, Michigan 49107

    Second Party      - H S C Corporation, a Michigan Corporation, of 107 E. Alexander Street, Buchanan, Michigan 49107

witnesseth:

First Party, in consideration of the rents and covenants herein specified, does hereby LET and LEASE to Second Party the following described premises:

    Lot Five (5), Block "C", A. C. DAY'S ADDITION to Buchanan, according to the plat thereof recorded February 8, 1858, in Volume 2 of Deeds, page 800; EXCEPTING THEREFROM the East 90 feet thereof, being in the City of Buchanan, Berrien County, Michigan.

For the term of one year from and after April 1, 1977 on the terms and conditions hereinafter mentioned, to be occupied for the operation of a business of manufacturing, assembling and other business of Second Party, and other business related thereto but in no case to be used for any business deemed extra hazardous on account of fire;

Provided, that in case any rent shall be due and unpaid, or if default shall be made in any of the covenants herein contained, then it shall be lawful for the said party of the first part, their certain attorney, heirs, representatives, and assigns, to re-enter into and re-possess the said premises, and the said party of the second part, and each and every other occupant, to remove and put out;

The said Second Party does hereby hire the said premises for the term of one year as aforesaid, and does covenant and promise to pay to First Party, their representatives and assigns, for rent of said premises for said term as follows:

William Kelley
Attorney at Law
, Main Street
anan, Mich. 49107
hone 616-695-6331

17. The covenants, conditions, and agreements made and entered into by the several parties hereto are declared binding on their respective heirs, representatives, successors, and assigns.

WITNESS our hands and seals, this 27th day of April 1977.

Signed, Sealed, and Delivered in
     Presence of:

_Frank W. Kelley_        _William F. Moon_     First Party

_Florence A. Hinkle_      _Consuela R. Moon_     First Party

                                  H S C Corporation, by:

                                  Its President

                                  Its Secretary

STATE OF MICHIGAN    ss
COUNTY OF BERRIEN

       Subscribed and sworn to before me this 27th day of April , 1977.

                                _F. W. Kelley_
                                F. W. Kelley
                                Notary Public
                                Berrien County, Michigan.

My Commission expires:

    October 15, 1980

-4-

Frank William Kelley
Attorney at Law
107 Main Street
Buchanan, Mich. 49107
Telephone 616-695-6331

