United States Courts
Southern District of Texas
FILED

APR 13 2009

Michael N. Milby, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Estate of Anne P. Hutton, deceased   §   Case No. 95-47219
§
§
Debtor(s).   §

## Application for Payment of Unclaimed Funds and Certificate of Service

1. I am making application to receive $ 19,579.74 , which was deposited as unclaimed funds on behalf of  Anne P. Hutton, deceased
(*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☐  a.  Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐  b.  Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐  c.  Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐  d.  Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☒  e.  Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐  f.  None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3.  I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 2/10/09     Applicant's Signature _____, Executor
                   Applicant's Name   Steven B. Hutton
                   Address            c/o Larmore Scarlett LLP, P.O. Box 384
                                      Kennett Square, PA  19348
                   Phone:             (610) 444-3737

Subscribed and sworn before me this 16th day of February, 2009.

_____
Notary Public
State of PENNSYLVANIA
My commission expires 10/25/2011

Attachments: 1. Death Certificate
             2. Short Certificate
             3. _____
             4. _____

> NOTARIAL SEAL
> VIRGINIA A SHARPLESS
> Notary Public
> KENNETT SQUARE BOROUGH, CHESTER COUNTY
> My Commission Expires Oct 25, 2011

### Certificate of Service

I certify that on 4/8/09 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX  77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX  77002

Other: _____
       _____

with Act 66, P.L. 304, approved by the General Assembly, June 29, 1953.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

*Charles Hardester*
Charles Hardester
State Registrar

3185319
No.

MAY 6 2004
Date

## COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
### CERTIFICATE OF DEATH

STATE FILE NUMBER: 060762

1. NAME OF DECEDENT: Ann P. Hutton
2. SEX: Female
3. SOCIAL SECURITY NUMBER: 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
4. DATE OF DEATH: 6-17-99
5. AGE: 72 Yrs.
6. DATE OF BIRTH: 8-29-26
7. BIRTHPLACE: Philadelphia
8. PLACE OF DEATH: Hospital Inpatient
9. COUNTY OF DEATH: Chester / 15
10. CITY/BORO/TWP OF DEATH: Penn Twp
11. FACILITY NAME: Southern Chester County Med.
12. HISPANIC ORIGIN: No
13. RACE: White
14. DECEDENT'S USUAL OCCUPATION: homemaker
15. U.S. ARMED FORCES: No
16. EDUCATION: 4 (Elementary/Secondary)
17. MARITAL STATUS: Married
18. SURVIVING SPOUSE: Richard Hutton
19. DECEDENT'S MAILING ADDRESS: 211 Azalea Lane, West Grove, PA 19390
20. ACTUAL RESIDENCE: State PA, County Chester; Yes, decedent lived in Penn township
21. FATHER'S NAME: John V. Postles
22. MOTHER'S NAME: Helen Nason
23. INFORMANT'S NAME: Richard J. Hutton
24. INFORMANT'S MAILING ADDRESS: 211 Azalea Lane West Grove, PA 19390
25. METHOD OF DISPOSITION: Cremation
26. DATE OF DISPOSITION: 6-18-99
27. PLACE OF DISPOSITION: RA Ferris Inc
28. LOCATION: West Chester, PA 19380
29. SIGNATURE OF FUNERAL SERVICE LICENSEE: Matthew A. Griero
30. LICENSE NUMBER: FD 014534 L
31. NAME AND ADDRESS OF FACILITY: Foulk F.H. 200 Rose Hill Rd West Grove, 19390
32. Signature of pronouncing physician: Sean Dorrell MD
33. LICENSE NUMBER: MD 041627-E
34. DATE SIGNED: 6/17/99
35. TIME OF DEATH: 9:58 AM
36. DATE PRONOUNCED DEAD: 6/17/99
37. CASE REFERRED TO MEDICAL EXAMINER/CORONER: No

**27. PART I:**
a. IMMEDIATE CAUSE: Cerebrovascular Accident
b. DUE TO: Hypertension
c. DUE TO:
d. DUE TO:

**PART II:** End stage renal disease, Peritonitis, Deep vein thrombosis

- AUTOPSY PERFORMED: No
- AUTOPSY FINDINGS AVAILABLE: Yes
- MANNER OF DEATH: Natural
- INJURY AT WORK: No

CERTIFIER: Pronouncing and certifying physician
SIGNATURE: Sean Dorrell MD
LICENSE NUMBER: MD 041627-E
DATE SIGNED: 6/17/99

NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Sean Dorrell, 710 E. Lancaster, Exton PA 19341

33. REGISTRAR'S SIGNATURE AND NUMBER: Andy Afymty
34. DATE FILED: 6/17/99



# SHORT CERTIFICATE

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF CHESTER**

File Number: 1599-0900

I, PAULA GOWEN, Register of Wills, in and for the County of Chester in the Commonwealth of Pennsylvania, do hereby certify that on the 13th day of February, 2009

LETTERS TESTAMENTARY
on the Estate of:
ANNE P. HUTTON, Deceased

were granted to:
STEVEN B. HUTTON

having first been qualified well and truly to administer the same. I further certify that no revocation of said Letters appears of record in my office.

Date of Death: 06/17/1999
Soc. Sec. No.: ▬▬▬▬

Given under my hand and seal of office this
13th day of February, 2009

_____
Deputy for the Register of Wills

**NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**